IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| INPHOMATION COMMUNICATIONS, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 96-3918 |
| ICN CORPORATION, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of this Motion for Admission *Pro Hac Vice*, by the United States District Court for the District of Maryland, on this 3rd day of May, 2000, this Motion is hereby GRANTED.

_____
Marvin J. Garbis,
Judge for the U.S. District Court
for District of Maryland