IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

INPHOMATION COMMUNICATIONS, INC.,    *

Plaintiff,    *

                                        Civil Action No. MJG 96-3918

v.    *

ICN CORPORATION, *et al.*,    *

    *

Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION FOR ADMISSION PRO HAC VICE

       Pursuant to Local Rule 101.1(b) of this Court, Robert B. Kershaw, Esquire, a member of the Bar of this Court, moves the admission of Alan M. Unger, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for AT&T Corp.

       Movant and the proposed admittee respectfully certify as follows:

       1) The proposed admittee is a member in good standing of the Bar of the State of New York (April 1979) and the following United States District Courts: Eastern District of New York (May 7, 1979), Southern District of New York (April 17, 1979), and the United States Court of Appeals for the Second Circuit (May 20, 1996).

       2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

       3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

       4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules

**Marvin J. Garbis**
**United States District Judge**

FILED
ENTERED
RECEIVED

MAY 14 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY           DEPUTY

of Evidence, and the Rules of Professional Conduct, and understands that he will be subject to the
disciplinary jurisdiction of this Court.

   5) Co-Counsel for the proposed admittee in this proceeding will be the
undersigned Movant and Richard V. Falcon, Esquire; both have been formally admitted to the Bar
of this Court.

   6) It is understood that admission *pro hac vice* does not constitute formal
admission to the Bar of this Court.


Respectfully submitted,


Movant:             Proposed Admittee:

Robert B. Kershaw        Alan M. Unger
WARD, KERSHAW AND MINTON, P.A.  SIDLEY AUSTIN BROWN & WOOD
113 W. Monument Street      875 Third Avenue
Baltimore, Maryland 21201     New York, New York 10022
(410) 685-6700        (212) 906-2000
Federal Trial # 003187

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **INPHOMATION COMMUNICATIONS, INC.** | * |
| **Plaintiff,** | * |
| v. | |
| | * |
| **ICN CORPORATION,** *et al.*, | |
| | *    **Civil Action No. MJG 96-3918** |
| **Defendants.** | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2001, a copy of the foregoing Motion

for Admission *Pro Hac Vice* was mailed, first class, postage paid to:

Benjamin Rosenberg, Esquire
Douglas J. Furlong, Esquire
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, Maryland 21201

-    and –

Lawrence Fletcher-Hill, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 E. Redwood Street
Baltimore, Maryland 21202

Robert B. Kershaw

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

INPHOMATION COMMUNICATIONS, INC.,     *

Plaintiff,                            *
                                         Civil Action No. MJG 96-3918
v.                                    *

ICN CORPORATION, *et al.*,            *

                                      *

Defendants.
*       *       *       *       *       *       *       *   *       *       *       *       *       *

## **ORDER**

Upon consideration of this Motion for Admission *Pro Hac Vice*, by the United

States District Court for the District of Maryland, on this ___ day of May, 2001, this Motion is

hereby GRANTED.

_____
Marvin J. Garbis,
Judge for the U.S. District Court
for the District of Maryland