FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV -1  P 2: 46
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

FILED
U.S. DISTRICT COURT
2001 OCT 31  A 11: 49
AT BALTIMORE
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| INPHOMATION COMMUNICATIONS, INC., | * |
| Plaintiff, | * |
| v. | * Civil Action No. MJG 96-3918 |
| ICN CORPORATION, et al., | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Paul-Michael Sweeney, Chapter 11 Trustee for Inphomation Communications, Inc. and Defendants, AT&T Corp. and ICN Corporation, n/k/a/ ICN Ltd., by their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1) hereby stipulate that the above-captioned action is hereby dismissed with prejudice.

_____
Robert B. Kershaw
Federal Bar No. 03187
Ward, Kershaw and Minton
113 West Monument Street
Baltimore, Maryland 21201
Telephone: (410) 685-6700
Facsimile: (410) 685-6704

Jennifer L. Leuba
AT&T Litigation
AT&T Corp.
295 N. Maple Avenue
Room 1146L2
Basking Ridge, New Jersey 07920-1002
Telephone: (908) 221-4841
Facsimile: (908) 221-4490

Alan M. Unger
Sidley Austin Brown & Wood
875 Third Avenue
New York, New York 10022
Telephone: (212) 906-2000
Facsimile: (212) 906-2021

Counsel for Defendant, AT&T Corp.

Approved this 1st day of November, 2001

_____
Marvin J. Garbis
United States District Judge

MICROFILMED
NOV - 1

_____
Lawrence P. Fletcher-Hill
Federal Bar No. 07626
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
Telephone: (410) 576-4254
Facsimile: (410) 576-4246

Counsel for Defendant, ICN Corporation, n/k/a/ ICN Ltd.

_____
Benjamin Rosenberg
Federal Bar No. 00263
Douglas J. Furlong
Federal Bar No. 04588
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Facsimile: (410) 727-1115

Counsel for Plaintiff, Paul-Michael Sweeney, Chapter 11 Trustee for Inphomation Communications, Inc.

0150264.01